IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-cv-458-JRG |
| BLACKBERRY LIMITED, et al., | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

**JOINT MOTION TO DISMISS DEFENDANT SUBARU
UNDER RULE 41(a)(2) WITHOUT PREJUDICE**

1. Whereas, plaintiff Liberty Patents LLC ("Liberty") and defendant Subaru of America, Inc. ("Subaru") are involved in the above-captioned litigation.

2. Whereas, Subaru asserts that the products accused of infringement in the above-captioned litigation are licensed under an agreement between a third party and Liberty.

3. Whereas, in order to prevent further litigation and obviate the need for discovery on these issues, Subaru has provided representations and warranties that its current and former suppliers of Over-the-Air Automatically Updating System Software (QNX or AGL) technology for cars sold in the US were licensed entities.

4. In return for the above representations and warranties, Liberty hereby moves to dismiss its claim against Subaru in the above-captioned litigation without prejudice. Subaru does not oppose.

5. Liberty's other claims in this case against the other defendants are unaffected by this motion.

1

| | |
|---|---|
| Dated: April 12, 2022 | Respectfully submitted, |

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington
LEAD ATTORNEY
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Plaintiff Liberty Patents LLC*

/s/ *Paul R. Steadman*
Paul R. Steadman
Matthew Satchwell
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
paul.steadman@dlapiper.com
matthew.satchwell@dlapiper.com

Eric Findlay
Brian Craft
FINDLAY CRAFT P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
efindlay@findlaycraft.com
bcraft@findlaycraft.com

*Attorneys for Defendant Subaru of America, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on 12th day of April 2022, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                      */s/ Zachariah S. Harrington*
                                                      Zachariah S. Harrington