IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-cv-458-JRG |
| | § | |
| BLACKBERRY LIMITED, et al., | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## ORDER OF DISMISSAL OF DEFENDANT SUBARU UNDER RULE 41(A)(2) WITHOUT PREJUDICE

Before the Court is the Joint Motion to Dismiss Defendant Subaru Under Rule 41(a)(2) Without Prejudice. The Court, having considered the motion and having found good cause therefor, hereby ORDERS that the motion is GRANTED.

IT IS, THEREFORE, ORDERED that Liberty Patents LLC's infringement claims against Defendant Subaru of America, Inc. are dismissed without prejudice. IT IS FURTHER ORDERED that each party bear its own costs, attorneys fees, and expenses.

The case remains open as to all other defendants.