IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00458-JRG |
| | § | |
| BLACKBERRY LIMITED, SUBARU OF AMERICA, INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff Liberty Patents LLC ("Liberty") and Defendant Subaru of America, Inc.'s ("Subaru") Joint Motion to Dismiss Defendant Subaru Under Rule41(a)(2) Without Prejudice (the "Motion"). (Dkt. No. 49). In the same, Liberty moves to dismiss its claims against Subaru in the above-captioned case without prejudice. Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Liberty's claims against Subaru are **DISMISSED-WITHOUT-PREJUDICE**. Each party is to bear its own costs and fees. This Order only impacts Liberty's claims against Subaru, and Liberty's other claims in this case against other defendants are unaffected by this Order.

So ORDERED and SIGNED this 14th day of April, 2022.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE